# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-5365**  **September Term, 2007**

07cv01857

Filed On: 

Jacqueline P. Nichols,
    Appellant

v.

James H. Billington, In his official capacity as Librarian of Congress,
    Appellee

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**   Ginsburg, Randolph and Tatel, Circuit Judges

## JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed October 16, 2007, be affirmed. Appellant has failed to demonstrate error in the district court's conclusion that her case is barred by res judicata. See Nichols v. Billington, 402 F. Supp. 2d 48 (D.D.C. 2005), aff'd, No. 05-5326 (D.C. Cir. Mar. 7, 2006).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY: Michael C. McGrail, Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 5/27/08
BY: _____ Deputy Clerk
ATTACHED: ___ Amending Order
    ___ Opinion
    ___ Order on Costs